UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOEL PRICE,

    Plaintiff,

v.                                                    Case No. 6:19-cv-1168-Orl-37LRH

CITY OF EDGEWATER, FLORIDA,

    Defendant.
_____

## ORDER TO STRIKE

Before the Court is Defendants' motion to dismiss for lack of standing. (Doc. 15 ("**Motion**").) As the Motion fails to comply with Local Rule 3.01(g), it is due to be stricken.

Rule 3.01(g) requires that movants include with most motions "a statement (1) certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion." For motions to dismiss, Rule 3.01(g) only exempts motions "to dismiss for failure to state a claim upon which relief can be granted." Although Defendant claims its motion seeks dismissal for failure to state a claim (Doc. 15, p. 1), the motion seeks dismissal for lack of standing, which is properly classified as a motion to dismiss for lack of subject matter jurisdiction under Rule 12(b)(1). *Stalley ex rel. United States v. Orlando Reg'l Healthcare Sys., Inc.*, 524 F.3d 1229, 1232 (11th Cir. 2008). Thus, Defendant must confer before filing this type of motion and include the requisite statement under Local Rule 3.01(g).

Accordingly, the Clerk is **DIRECTED TO STRIKE** Defendants, City of

Edgewater's Motion to Dismiss and Incorporated Memorandum of Law. (Doc. 15.)

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 30, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record